FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN TESKY and JENNIFER TESKY,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | No. 2:23-CV-00306-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 19** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice and Without Costs and Fees, ECF No. 19. The parties stipulate to the dismissal of all claims with prejudice and without an award of costs or fees. Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by counsel for all parties that have appeared. The instant stipulation is signed by all remaining parties.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Stipulated Motion to Dismiss, **ECF No. 19**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii), LCivR 41(a)(1)(B), and the parties' stipulation, all claims against and all defenses are **DISMISSED with prejudice**, without an award of fees or costs.

3. All pending hearings and deadlines, if any, are **STRICKEN**.

4. All pending motions, if any, are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED June 13, 2024.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER - 2